O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4766 AHM (CWx) | Date | July 23, 2009 |
|---|---|---|---|
| Title | ANGELA SANCHEZ v. KOHL'S DEPARTMENT STORES, INC. et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    Upon Defendant's response regarding Plaintiff's citizenship, the Court DISCHARGES the Order to Show Cause dated July 10, 2009.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |