1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | ANGELA SANCHEZ, ) | CASE NO. CV09-4766-AHM (CWx) |
| 12 | ) Plaintiff(s), ) | ORDER DISMISSING DEFENDANT |
| 13 | ) v. ) | RETAIL DESIGN SERVICES, LLC BY VIRTUE OF SETTLEMENT |
| 14 | ) KOHL'S DEPARTMENT STORES, ) INC., et al., ) | |
| 15 | ) ) | |
| 16 | Defendant(s). ) ) | |
| 17 | _____) | |

18  The Court having been advised by the parties that the above-entitled action

19  have reached a partial settlement;

20  IT IS THEREFORE ORDERED that defendant Retail Designer Services,

21  LLC is dismissed without prejudice.

22

23  IT IS SO ORDERED.

24  Date: April 8, 2010

25  _____
    A. Howard Matz
    United States District Court Judge

26

27

28